ASH

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Radmila Balayan,

              Petitioner,

v.

Unknown Party,

              Respondent.

No.    CV-26-00072-PHX-SMB (DMF)

**ORDER**

Petitioner, through counsel, filed this action under 28 U.S.C. § 2241 challenging her immigration detention.  (Doc. 1.)[1]

Although not explicitly cited, the Petition appears to raise the issue of whether 8 U.S.C. § 1226(a) or 8 U.S.C. § 1225(b) justifies Petitioner's present detention.  Petitioner also appears to allege that her detention is unconstitutionally prolonged (Petitioner has been detained in ICE custody since November 2024), and is causing "physical and mental issues."  The Court will require Respondent to answer the Petition.

**IT IS ORDERED:**

    (1)    Counsel for Petitioner must serve the Petition (Doc. 1) upon Respondent.

    (2)    Respondent must answer the Petition within 20 days of the date of service.

    (3)    Petitioner may file a reply within 10 days of the date of the response.

---

[1] The Petition was originally filed in the United States District Court for the Central District of California.  After Petitioner was transferred to the Eloy Detention Center (which is within the instant Court's jurisdiction), the matter was transferred to the undersigned. (Docs. 7, 9).

TERMPSREF

1        (4)     This matter is referred to Magistrate Judge Deborah M. Fine pursuant to

2    Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a

3    report and recommendation.

4        Dated this 12th day of January, 2026.

Honorable Susan M. Brnovich
United States District Judge